IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   08-cv-01905-WYD-MJW

MAURICE D. MCDONALD,

Plaintiff(s),

v.

DIRK KEMPTHORNE,
Secretary, United States Department of the Interior,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint, DN 20, filed with the Court on April 22, 2009, is GRANTED and the Tendered Amended Complaint is accepted for filing as of the date of this order.

Date: April 27, 2009