IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   08-cv-01905-WYD-MJW

MAURICE  D.  MCDONALD,

Plaintiff(s),

v.

DIRK KEMPTHORNE,
Secretary, United States Department of the Interior,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Amend the Scheduling Order, DN 26, filed with the Court on June 23, 2009, is GRANTED.  The Scheduling Order shall be amended to extend the following deadlines:

The discovery cut-off date is extended up to and including July 9, 2009.

The dispositive motions deadline is extended up to and including September 4, 2009.

Date:  June 26, 2009