IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01905-WYD-MEH

MAURICE D. MCDONALD,

    Plaintiff,

v.

DIRK KEMPTHORNE, Secretary, United States Department of the Interior,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Summary Judgement, [doc. #42], filed October 23, 2009 is **STRICKEN** with leave to refile the motion within ten (10) days and in compliance with my Practice Standards.  The number of pages exceeds the limit. The exhibits need not be resubmitted.

    Dated:  November 10, 2009.