IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01905-WYD-MJW

MAURICE D. MCDONALD,

    Plaintiff,

v.

KEN SALAZAR, Secretary, United States Department of the Interior,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Reconsideration of the Court's January 4, 2010, Order filed on January 11, 2010 [60] is hereby **GRANTED**.  The Court's January 4, 2010, Minute Order is hereby **VACATED** and the Defendant's Response [55] and Plaintiff's Reply [58] are hereby **REINSTATED**.  The Court will treat Plaintiff's Motion for Summary Judgment on claims Four and Five filed November 16, 2009 [48] will be treated as one for an APA record review pursuant to 5 U.S.C. § 7703.

    Dated:  January 22, 2010.