IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-01905-WYD-MJW

MAURICE  D.  MCDONALD,

Plaintiff,

v.

DIRK KEMPTHORNE,
Secretary, United States Department of the Interior,

Defendant.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

   It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Pretrial Order (docket no. 88) is GRANTED finding good cause shown.  The Final Pretrial Order is amended to add a specific reference to the emails between Sandra Weisman and Janet Bowers dated April 12, 2006 (exhibit 62) in docket no. 85.

Date:   December 2, 2010