IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01905-WYD-MJW

MAURICE D. MCDONALD,

    Plaintiff,

v.

KENNETH SALAZAR, Secretary, United States Department of the Interior,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Stipulation of Dismissal [ECF No. 98], filed December 14, 2010.  The Court, having reviewed the motion and being fully advised in the premises, hereby

    ORDERS that the motion is **GRANTED**.  In accordance therewith, this action is **DISMISSED WITH PREJUDICE**, with each side to pay its own costs and attorney's fees.

    Dated:  December 14, 2010.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge